DAVID J.F. GROSS, Faegre Baker Daniels LLP, Minneapolis, MN, argued for appellees. Also represented by LUCAS J. TOMSICH, JULIE WAHLSTRAND; CALVIN L. LITSEY, East Palo Alto, CA; RICHARD M. MARSH, JR., Denver, CO.

(Newman, Taranto, and Chen, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

DANIEL H. BREAN, The Webb Law Firm, Pittsburgh, PA, argued for defendant-appellee. Also represented by KENT E. BALDAUF, JR., BRYAN P. CLARK, CHRISTIAN D. EHRET.

(Prost, Chief Judge, Wallach and Stoll, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

## ADVANCED GROUND INFORMATION SYSTEMS, INC., Plaintiff-Appellant

v.

## LIFE360, INC., Defendant-Appellee

2016-1332

United States Court of Appeals, Federal Circuit.

March 20, 2017

## MOTOROLA MOBILITY LLC, Appellant

v.

## INTELLECTUAL VENTURES I LLC, Cross-Appellant

2016-1401
2016-1404

United States Court of Appeals, Federal Circuit.

March 20, 2017

ALFRED ROSS FABRICANT, Brown Rudnick, LLP, New York, NY, argued for plaintiff-appellant. Also represented by PETER LAMBRIANAKOS.

MITCHELL G. STOCKWELL, Kilpatrick Townsend & Stockton LLP, Atlanta, GA, argued for appellant. Also represented by STEVEN MOORE, San Francisco, CA; DARYL